| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0648 1:10CR00133 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:14-00111-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| George Wayne Primm Sr.<br>604 Eagle Court<br>Lavergne, TN 37086 | Ohio Southern | Cincinnati |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Michael R. Barrett | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/27/2014 — TO 3/26/2016 |

**OFFENSE**
Conspiracy to Transport, Transmit and Transfer in Interstate Commerce Stolen Merchandise and Money, in violation of 18 U.S.C. §§ 371, 2314, and 2

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Southern_ DISTRICT OF _Ohio_

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Middle District of Tennessee_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 9, 2014_  _[signature]_
Date   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Middle_ DISTRICT OF _Tennessee_

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_7/31/14_  _Todd Campbell_
Effective Date   United States District Judge